**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 99-7651**

─────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

REBECCA LEGREE,

Defendant - Appellant.

─────────────

Appeal from the United States District Court for the District of South Carolina, at Orangeburg.  Cameron McGowan Currie, District Judge.  (CR-93-92, CA-99-2075-5-22)

─────────────

Submitted:  March 23, 2000            Decided:  March 30, 2000

─────────────

Before LUTTIG, WILLIAMS, and MICHAEL, Circuit Judges.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

Rebecca Legree, Appellant Pro Se. Cameron Glenn Chandler, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Rebecca Legree seeks to appeal the district court's order denying relief on her petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1999). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Legree, Nos. CR-93-92; CA-99-2075-5-22 (D.S.C. Nov. 30, 1999).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] Although the district court's order is marked as "filed" on November 29, 1999, the district court's records show that it was entered on the docket sheet on November 30, 1999. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date the order was entered on the docket sheet that we take as the effective date of the district court's decision. See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).